# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MTO | F5715101 | E. Wallace | 2496 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 3/16/26  1356 | 36 CFR 261.15(i) |

Place of Offense:
Lola Pass Visitors Center

Offense Description: Factual Basis for Charge
No valid snowmobile trail pass

### DEFENDANT INFORMATION ███████

| Last Name | First Name | M.I. |
|---|---|---|
| Ronan | Brett | A |

██████████████████████████████████

| Tag No. | State | Year | Make/Model | Vehicle Color |
|---|---|---|---|---|
| A01C2364 | MT | 15 | SkiDoo Summit | Black |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 50.00 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT → $ 80.00 Total Collateral Due
www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| To be notified | |
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on March 16, 2026 while exercising my duties as a law enforcement officer in the ___MT___ District of ___MT___
MT images, one attached

The foregoing statement is based upon:

☑ my personal observation   ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 3/16/26
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge